**FILED**
CLERK, U.S. DISTRICT COURT

07/02/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALEJANDRO THEODORO ORELLANA,<br><br>　　　　Defendant. | CR No. 2:25-cr-00548-SRM<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 2(a): Aiding and Abetting] |

The Grand Jury charges:

## COUNT ONE

[18 U.S.C. §§ 371, 2(a)]

A.  **OBJECT OF THE CONSPIRACY**

1.  Beginning on a date unknown to the Grand Jury but no later than June 9, 2025, in Los Angeles County, within the Central District of California, and elsewhere, defendant ALEJANDRO THEODORO ORELLANA ("ORELLANA"), two unindicted coconspirators ("Unindicted Coconspirator 1" and "Unindicted Coconspirator 2"), and others known and unknown to the Grand Jury, knowingly conspired and agreed with each other to aid and abet other individuals in the commission and attempted commission of an act to obstruct, impede, and interfere

with a law enforcement officer, that is, Los Angeles Police Department officers and Los Angeles County Sheriff's Department deputies, lawfully engaged in the lawful performance of their official duties, incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function, in violation of Title 18, United States Code, Section 231(a)(3).

B.   <u>MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED</u>

2.   The object of the conspiracy was to be accomplished in substance as follows:

   a.   Defendant ORELLANA, Unindicted Coconspirator 1, and Unindicted Coconspirator 2 would procure Uvex brand Bionic Face Shields advertised as designed to protect from chemical splashes and flying debris.

   b.   Defendant ORELLANA, Unindicted Coconspirator 1, and Unindicted Coconspirator 2, would transport the Uvex brand Bionic Face Shields in defendant ORELLANA's Ford F-150 pickup truck to an area in Downtown Los Angeles in which individuals were protesting and in which a civil disorder, as defined in Title 18, United States Code, Section 232(1), was occurring and was expected to occur.

   c.   Defendant ORELLANA, Unindicted Coconspirator 1, and Unindicted Coconspirator 2, would give out the Uvex brand Bionic Face Shields to other individuals who committed acts and would later commit and attempt to commit acts to obstruct, impede, and interfere

with law enforcement officers lawfully engaged in the lawful performance of their official duties.

C.     OVERT ACTS

3.     On or about the following dates, in furtherance of the conspiracy and to accomplish its object, defendant ORELLANA, Unindicted Coconspirator 1, and Unindicted Coconspirator 2, and others, committed various overt acts within the Central District of California and elsewhere, including, but not limited to, the following:

Overt Act No. 1:    On June 9, 2025, Unindicted Coconspirator 1 procured Uvex brand Bionic Face Shields that were to be delivered to Unindicted Coconspirator 1, Unindicted Coconspirator 2, and defendant ORELLANA later that day in an area near downtown Los Angeles.

Overt Act No. 2:    On June 9, 2025, at approximately 4:20 p.m., defendant ORELLANA drove his Ford F-150 pickup truck to East Los Angeles to meet Unindicted Coconspirator 1, Unindicted Coconspirator 2, and others to pick up the Uvex brand Bionic Face Shields.

Overt Act No. 3:    On June 9, 2025, Unindicted Coconspirator 1, Unindicted Coconspirator 2, and others, loaded the Uvex brand Bionic Face Shields into the passenger seats and pickup bed of defendant ORELLANA's Ford F-150 pickup truck.

Overt Act No. 4:    On June 9, 2025, at approximately 4:53 p.m., defendant ORELLANA, Unindicted Coconspirator 1, and Unindicted Coconspirator 2 drove to the intersection of North Los Angeles Street and 1st Street, adjacent to the United States federal building located at 100 N. Los Angeles Street in Los Angeles, California, where groups of individuals were protesting and where an unlawful assembly had previously been declared by the Los Angeles Police Department.

1  <u>Overt Act No. 5</u>:  On June 9, 2025, after defendant ORELLANA,
2 Unindicted Coconspirator 1, and Unindicted Coconspirator 2 arrived at
3 the intersection of North Los Angeles Street and 1st Street,
4 Unindicted Coconspirator 1 and Unindicted Coconspirator 2 distributed
5 the Uvex brand bionic face shields and other items to individuals
6 within the crowd of protestors.

A TRUE BILL

/s/
Foreperson

BILAL A. ESSAYLI
United States Attorney

*Jennifer Waier*
JENNIFER L. WAIER
First Assistant United States Attorney

4