UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:25-cr-00548-SRM | Date: 07/03/2025 |
| Present: The Honorable: Karen L. Stevenson, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Gay Roberson | CS 07/03/2025 | Robert Quealy |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) ✓ Present Released on Bond | Attorneys for Defendants: ✓ Present DFPD |
|---|---|
| Alejandro Theodoro Orellana | Shannon M. Coit |

**Proceedings: Arraignment of Defendant and/or**  ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Serena R. Murillo.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 08/26/2025 8:30 AM;
Pre-Trial Conference: 08/07/2025 9:00 AM
* Government counsel provides trial estimate of 3-4 days.
* The parties are referred to Judge Murillo's Procedures and Schedules page located on the Court's website at www.cacd.uscourts.gov. Judge Murillo is located in Santa Ana - Ronald Reagan Federal Building and United States Courthouse, Courtroom 9B / 9079.

cc: PSALA    PSAED    PSASA
    USMLA    USMED    USMSA
    Statistics Clerk       Interpreter
    CJA Supervising Attorney   Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 03
Initials of Deputy Clerk: GR by TRB