BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4850
    E-mail: frances.lewis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-00548-SRM |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| ALEJANDRO THEODORO ORELLANA, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby moves pursuant to Federal Rule of Criminal Procedure 48(a), and by leave of the Court, to dismiss the Indictment

/ / /

/ / /

/ / /

without prejudice in the above-referenced case.  Defendant does not oppose this motion.

Dated: July 29, 2025                     Respectfully submitted,

                                                BILAL A. ESSAYLI
                                                United States Attorney

                                                _____/s/_____
                                                FRANCES S. LEWIS
                                                Assistant United States Attorney

                                                Attorneys for Plaintiff
                                                UNITED STATES OF AMERICA