JS-3

BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4850
    E-mail: frances.lewis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 25-00548-SRM |
| Plaintiff, | ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |
| v. | |
| ALEJANDRO THEODORO ORELLANA, | |
| Defendant. | |

    Upon application of the United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that the Indictment filed in this matter be DISMISSED WITHOUT PREJUDICE and the bond be EXONERATED.

    IT IS SO ORDERED.

July 30, 2025
DATE

SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE